

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

John R. Holley and Ailza M. Holley,

* From the 35th District
  Court of Brown County,
  Trial Court No. CV1407271.

Vs. No. 11-15-00046-CV

* February 10, 2017

Holley and Taylor, Inc.; Pamela K. Holley, individually and as independent executor of the Estate of Mary Marshall Holley, Deceased; and Melinda McDaniel,

* Memorandum Opinion by Bailey, J.
  (Panel consists of: Wright, C.J.,
  Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against John R. Holley and Ailza M. Holley.